Opinion by WILSON, J. It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519). In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 58501.**—Manhattan Novelty Corp. et al. v. United States, protests 229853-K, etc. (New York).

Opinion by WILSON, J. It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519). In accordance with stipulation of counsel and following the cited case, the protests were dismissed and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

BEFORE THE SECOND DIVISION, NOVEMBER 10, 1954

**No. 58502.**—Charles F. Sormani and Alltransport, Inc. v. United States, protest 211081-K (New York).

RAO, Judge: This is an action to recover duties alleged to have been erroneously assessed upon an importation of articles invoiced as "Little Swiss Calendars 1952." The collector of customs at the port of New York classified these items as diaries and assessed duty thereon at the rate of 25 per centum ad valorem pursuant to the provision in paragraph 1410 of the Tariff Act of 1930 for blank books.[1] It is the claim of plaintiffs that the imported merchandise is provided for in paragraph 1406 of said act as lithographically printed calendars, of the thickness and cutting size carrying a rate of 12 cents per pound, to wit, "exceeding twelve and not exceeding twenty one-thousandths of one inch in thickness * * *; exceeding thirty-five square inches cutting size in dimensions, * * *."

A sample of the importation is in evidence as plaintiffs' exhibit 1. To all intents and appearances, it is a calendar booklet, approximately 5½ by 7 inches in size. There is a page for each month of the year, plus a cover page, all of which are joined together by a spiral clasp inserted through perforations across the top. A cord, which presumably has been slipped through this clasp, serves as a convenience in hanging. Upon the front side of each page, including the cover, is a

[1] It is to be noted that the General Agreement on Tariffs and Trade, 82 Treas. Dec. 305, T. D. 51802, which reduces the rate of duty on blank books and slate books from the 25 per centum rate provided in said paragraph 1410 to 12½ per centum, specifically excepts diaries.